Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
08/07/2023
CT Log Number 544462149

## Service of Process Transmittal Summary

**TO:** KIM LUNDY- EMAIL
Walmart Inc.
GLOBAL GOVERNANCE/CENTRAL INTAKE, 2914 SE I STREET MS#0200
BENTONVILLE, AR 72712-3148

**RE:** **Process Served in Texas**

**FOR:** Wal-Mart Stores Texas, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: RUSSELL ANDY // To: Wal-Mart Stores Texas, LLC |
| **DOCUMENT(S) SERVED:** | Citation, Return, Petition, Certificate |
| **COURT/AGENCY:** | 457th Judicial District Court - Montgomery County, TX<br>Case # 230811091 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 07/23/2023, At 23561 US-59, Porter, TX, 77365 |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/07/2023 at 14:23 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday next following the expiration of 20 days after service |
| **ATTORNEY(S)/SENDER(S):** | Jonathan Webster<br>Daspit Law Firm<br>440 Louisiana Street, Suite 1400<br>Houston, TX 77002<br>713-322-4878 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/08/2023, Expected Purge Date: 08/13/2023<br><br>Image SOP |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

EXHIBIT A

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Wolters Kluwer

# PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Aug 7, 2023
**Server Name:** Mauricio Segovia

| | |
|---|---|
| Entity Served | WAL-MART STORES TEXAS, LLC |
| Case Number | 23-08-11091 |
| Jurisdiction | TX |

| Inserts | | |
|---|---|---|
| | | |

# CITATION

**Cause Number: 23-08-11091**

**Clerk of the Court**
**Melisa Miller**
**P.O. Box 2985**
**Conroe, Texas 77305**

**Attorney Requesting Service**
**John Arthur Daspit**
**440 Louisiana St Suite 1400**
**Houston TX 77002**

## THE STATE OF TEXAS

**NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. <u>If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.</u> In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.**

**To: Wal-Mart Stores Texas LLC**
**Registered Agent CT Corporation System**
**1999 Bryan Street Suite 900**
**Dallas TX 75201**

**The attached Plaintiff's Original Petition was filed on the 1st day of August, 2023, in 457th Judicial District Court, located at the Montgomery County Courthouse in Conroe, Texas, numbered 23-08-11091, and includes the following parties: Andy Russell, plaintiff(s), and Wal Mart Stores Texas LLC, defendant(s).**

**Issued and given under my hand and seal of said Court at Conroe, Texas on this the 4th day of August, 2023.**

**Melisa Miller, District Clerk**
**Montgomery County, Texas**

**By:______________________**
**Christina Cooksey, Deputy**

**8/4/2023 10:10:00 AM**

Mauricio Segovia
PSC1689 Expires 8/31/2024
2023/08/07 14:23:45

# OFFICER'S RETURN

Cause No. 23-08-11091 Court No: 457th Judicial District Court
Style: Andy Russell vs. Wal Mart Stores Texas LLC
To: Wal-Mart Stores Texas LLC
Address: Registered Agent CT Corporation System
1999 Bryan Street Suite 900
Dallas TX 75201

Came to hand the ___day of ____________, 20__, at _______ o'clock, and executed in _________________ County, Texas by delivering to each of the within named defendants in person, a true copy of this citation with the date of delivery endorsed thereon, together with the accompanying copy of the Plaintiff's Original Petition at the following times and places, to wit:

| Name | Date/Time | Place, Course and distance from Courthouse |
|---|---|---|
| ______________ | ____________ | ________________________________________________________ |

Manner of service: ________________________________________________________________________

*And not executed as to the defendants(s) _____________________________________________________
The diligence used in finding said defendant(s) being: ________________________________________________________________________________________
And the cause of failure to execute this process is: ________________________________________________________________________________________
And information received as to the whereabouts of said defendant(s) being:
________________________________________________________________________________________

FEES:
Serving Petition and Copy $_________

TOTAL $_________

________________________OFFICER
____________________County, Texas
By: ________________________, Deputy

AFFIANT
Complete if you are a person other than a Sheriff, Constable, or Clerk of the Court. In accordance with Rule 107: the officer, or authorized person who services, or attempts to serve a citation shall sign and return. The return must either be verified or be signed under penalty of perjury.

A return signed under penalty of perjury must contain the statement below in substantially the following form:
My full name is _____________________________________
My date of birth is ___/___/____, and my address is _____________________________________________________.
I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT
Executed in__________________, County, State of __________, on the _____day of ________________, 20____.

___________________________________
Declarant/Authorized Process Server
___________________________
ID# & Exp. Of Certification

_________________________________
Declarant/Authorized Process Server
_________________________________
ID# & Exp. Of Certification

SWORN AND SUBSCRIBED ON

________________________________
DATE

________________________________
NOTARY

Received and E-Filed for Record
8/1/2023 4:10 PM
Melisa Miller, District Clerk
Montgomery County, Texas
Deputy Clerk, Cecilia Flores

**CAUSE NO. 23-08-11091**

| | | |
|---|---|---|
| **ANDY RUSSELL,** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **MONTGOMERY COUNTY, TEXAS** |
| | § | |
| **WAL-MART STORES TEXAS, LLC,** | § | Montgomery County - 457th Judicial District Court |
| | § | |
| ***Defendant.*** | § | **_____ JUDICIAL DISTRICT** |

**PLAINTIFF'S ORIGINAL PETITION**

Plaintiff, Andy Russell, complains of Defendant, Wal-Mart Stores Texas, LLC, and would respectfully show the Court that:

**Discovery Control Plan**

1. Plaintiff intends to conduct discovery in this matter under Level 3 of the Texas Rules of Civil Procedure.

**Jurisdiction and Venue**

2. The claims asserted arise under the common law of Texas. This Court has jurisdiction and venue is proper because all or a substantial part of the events or omissions giving rise to the claim occurred in Montgomery County, Texas.

**Statement Regarding Monetary Relief Sought**

3. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff seeks monetary relief of $250,000 or less, excluding damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees and judgment for all other relief to which Plaintiff is justly entitled. Plaintiff expressly reserves the right to amend this Rule 47 statement of relief if necessary. Plaintiff further pleads that the amount in controversy in this matter does not exceed $75,000.00.

## Parties

4. Plaintiff, Andy Russell, is an individual residing in Montgomery County, Texas.

5. Defendant Wal-Mart Stores Texas, LLC, is a Delaware corporation engaged in business in Montgomery County, Texas. Defendant may be served with process by serving its registered agent, CT Corporation System, at 1999 Bryan Street, Suite 900, Dallas, Texas 75201.

## Facts

6. This lawsuit is necessary as a result of the personal injuries that Plaintiff suffered on or about July 23, 2023. At that time, Plaintiff was an invitee at Defendant's store located at 23561 US-59, Porter, Texas, 77365. Plaintiff was at the Defendant's store when he was walking through the aisles and went to open the fridge door. Upon doing so, Plaintiff slipped on water on the floor. This caused the Plaintiff to suffer severe and permanent injuries. There were no warning signs present or any other signs of caution near the area where the incident occurred. Plaintiff was not aware of the dangerous and defective condition.

7. At the time of incident, Plaintiff was an invitee of the Defendant. Defendant knew or should have known of the unreasonably dangerous condition and neither corrected nor warned Plaintiff of it. Plaintiff did not have any knowledge of the dangerous condition and could not have reasonably been expected to discover it. Defendant either created the condition and/or failed to correct the condition or to warn Plaintiff about the dangerous condition, which constituted negligence, and such negligence was a proximate cause of the occurrence in question and Plaintiff's resulting injuries.

8. Plaintiff would show that, based on the above-described facts, Defendant was negligent. Defendant, as occupier and owner of the premises, with control over the premises, had a duty to

inform Plaintiff of the dangerous condition and make safe the defective condition existing on Defendant's premises.

9. Defendant is liable to Plaintiff under the theory of premises liability and negligence based on the following negligent conduct:

a. Failure to maintain the premises, including floor and walkways, in a reasonably safe condition;
b. Failure to inspect the premises where the dangerous condition existed;
c. Failure to correct the condition by taking reasonable measure to safeguard persons who entered the premises;
d. Failure to inform Plaintiff of the dangerous condition existing on the premises; and
e. Other acts deemed negligent.

10. Each of the foregoing negligent acts and/or omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages that are described below.

11. Defendant was also negligent in that it failed to act as a reasonably prudent premise owner would act in the same or similar situation.

12. As a result of these acts or omissions, Plaintiff sustained damages recognizable by law.

**Damages**

13. By virtue of the actions and conduct of the Defendant set forth above, Plaintiff is seriously injured and is entitled to recover the following damages:

a. Past and future medical expenses;
b. Past and future pain, suffering and mental anguish;
c. Past and future physical impairment;

d. Past and future physical disfigurement; and

e. Past lost wages and future loss of earning capacity.

14. By reason of the above, Plaintiff is entitled to recover damages from the Defendant in an amount within the jurisdictional limits of this Court, as well as pre- and post-judgment interest.

**Duty to Disclose**

15. Pursuant to Texas Rules of Civil Procedure 194 except as exempted by Rule 194.2(d), Defendant must, without awaiting a discovery request, provide to Plaintiff the information or material described in Rule 194.2, Rule 194.3, and Rule 194.4.

**Rule 193.7 Notice**

16. Plaintiff hereby gives actual notice to Defendant that any and all documents produced may be used against Defendant at any pre-trial proceeding and/or at trial of this matter without the necessity of authenticating the documents.

**Prayer**

Plaintiff prays that this citation issue and be served upon Defendant in a form and manner prescribed by law, requiring that Defendant appear and answer, and that upon final hearing, Plaintiff has a judgment against Defendant in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post judgment interests, all costs of Court and all such other and further relief to which he may be justly entitled.

Respectfully submitted,

**DASPIT LAW FIRM**

*/s/ Jonathan Webster*
**Jonathan Webster**
Texas State Bar No. 24102636
440 Louisiana Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 322-4878

Facsimile: (713) 587-9086
Email: e-service@daspitlaw.com

**ATTORNEY FOR PLAINTIFF**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alexandria Pacioni on behalf of John Daspit
Bar No. 24048906
alexandria@daspitlaw.com
Envelope ID: 78102052
Filing Code Description: Petition
Filing Description: Plaintiff's Original Petition
Status as of 8/1/2023 4:56 PM CST

Case Contacts

| **Name** | **BarNumber** | **Email** | **TimestampSubmitted** | **Status** |
|---|---|---|---|---|
| Alexandria Pacioni | | alexandria@daspitlaw.com | 8/1/2023 4:10:40 PM | SENT |
| April Patterson | | apatterson@proactivelegal.com | 8/1/2023 4:10:40 PM | SENT |
| Jaime Holder | | jholder@proactivelegal.com | 8/1/2023 4:10:40 PM | SENT |
| John Daspit | | e-service@daspitlaw.com | 8/1/2023 4:10:40 PM | SENT |
| Johnathan Webster | | webster@daspitlaw.com | 8/1/2023 4:10:40 PM | SENT |
| Daspit Proactive Legal | | daspit@proactivelegal.com | 8/1/2023 4:10:40 PM | SENT |